## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: VONDOM, LLC vs. SUESS, et al.     Case Number: 1:20-cv-01157

An appearance is hereby filed by the undersigned as attorney for:
VONDOM, LLC, Plaintiff

Attorney name (type or print): Fausto Sanchez

Firm: Sanchez Fischer Levine, LLP

Street address: 1200 Brickell Avenue, Ste. 507

City/State/Zip: Miami, Florida 33131

Bar ID Number: 86229      Telephone Number: 305-925-9947
(See item 3 in instructions)

Email Address: fsanchez@sfl-law.com

Are you acting as lead counsel in this case?        ☑ Yes   ☐ No

Are you acting as local counsel in this case?       ☐ Yes   ☑ No

Are you a member of the court's trial bar?          ☑ Yes   ☐ No

If this case reaches trial, will you act as the trial attorney?   ☑ Yes   ☐ No

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 03/26/2020

Attorney signature: S/ Fausto Sanchez
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015