## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

VONDOM, LLC          ,

Plaintiff(s),

v.

Case No.  20 C 1157
Judge Sara L. Ellis

 CHRISTOPHER M. SUESS, TRUSTEE OF
CHRISTOPHER M. SUESS TRUST DATED
JANUARY 9, 2017; LUIS G. MOTA,
TRUSTEE OF LUIS G. MOTA TRUST
DATED JANUARY 9, 2019; and ALTAMIRA
COMPANY, LLC,,

Defendant(s).

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: The Court grants in part and denies in part Defendants' motion to dismiss, transfer, or stay.
The Court transfers this action to the Central District of California and terminates the action.

---

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion to dismiss, transfer, or stay.

ILND 450 (Rev. 10/13) Judgment in a Civil Action

Date:  1/11/2021                                        Thomas G. Bruton, Clerk of Court

                                                          Rhonda Johnson, Deputy Clerk